United States District Court
District of Connecticut

Wayne Rogers,
  Plantiff

                                Civil no.:

      v.

JoAnne Cusson, RN,        Date: Dec 16th 2021
Ken Bradly, RN,
      Defendants.


PRO SE Prisoner Civil Rights Complaint:


Jurisdiction: A

1.) I can file my complaint in Federal Court because I am suing State, County, or City Employees for violating my Federal Rights under 42 USC § 1983, 85, or 86.

Plantiff: B

1.) Plantiff, Wayne Rogers, A pre-trial Detainee

Plantiff: B

Jean, Currently Housed at Hartford Correctional Center (HCC) is bringing a claim against medical staff at HCC for violating his constitutional rights.

Defendants: C

1.) Defendant, JoAnne Cusson, is a Registered Nurse (RN) who is employed with the Connecticut Department of Corrections (CTDOC), currently working at HCC, IS and was at all times relevant acting under color of state law.

2.) Defendant, Ken Bradly, is a RN who is employed with the CTDOC, currently working at HCC, IS and was at all times relevant acting under color of state law.

Complaint:

1.) Plantiff, A pre-trial Detainee, who got into a motor vehical Accident at the time of arrest, resulting in multiple spine, and neck fractures along with a lateral shoulder fracture.

2.) Plantiff was taken to Hartford Hospital (The Hospital) where the injuries were Assesed and Diagnosed.

3.) Doctors directed Plantiff to wear a neck and Back brace along with a sling and some phisical therapy.

4.) The Braces were supposed to be worn for approximatly 6 months, to help heal properly and deter any further Damage.

5.) Upon entering Doc Defendant Bradly, a nurse for Doc, removed the sling and back brace, simply stating they were not nessacery and not allowed in Doc and it would be "too much" to order the proper ones.

6.) Once these braces were removed Plantiff immediatly started to have extreem back and shoulder pain.

7.) Plantiff notified the Defendants multiple times which resulted in no change.

Complaint:)

8.) Due to the removal of the brace and sling, the Plantiff wakes at least 4 times a night with excrusiating back pain that causes his legs to go numb, back to hurt enough to bring tears to the eyes, Shoulder pain and a numbness in the hand.

9.) Plantiff can't stand for more than 20-30 minutes without terrible pain.

10.) Plantiff can't lift more than 10 pounds.

11.) Plantiff believes this to be due to the inproper healing of the injuries, and that this may be permanetly.

12.) Plantiff exhausted Remedies to which both Defendants were involved.

LEGAL CLAIM:

1.) Defendants, Cusson, and Bradlys' failure to correct the issues and cause further Damage, constitutes Deliberate Indifference and violates the plantiffs 4th and 14th Constitutional Rights.

2.) Defendants Bradlys removal of the brace and Sling

Legal Claims: E

2cnt.) Without proper knowledge, constitutes Deliberate indifference and violates the 4th and 14th Amendment.

Exhaustion Clause: F

1.) Plantiff exhausted all remedies Doc has to offer.

Relief Sought: G

1.) Plantiff requests an injunction seeking proper medical care, proper medication, a Double mattress.

2.) Plantiff requests Punitave Damages in the amount of $150,000 for pain and suffering

3.) Compensatory Damages as the court sees fit.

Jury Trial: H

1.) Plantiff requests a Jury Trial.

Declaration: I

I certify under penalty of perjury that the facts stated in this complaint are true and accurate to the best of my knowledge. I understand that if I lie in this complaint I may be prosecuted for perjury and punished up to (5) years in prison and/or a fine of 250,000. see 18 USC §1621 §1571.

Wayne Rogers

Hartfort CT
on: Dec 16th 2021

177 Weston St
Hartford CT 06120